CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE S. ORCUTT,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES; MICHAEL C. TARANGO, individually and in his capacity as an officer of the CITY OF LOS ANGELES Police Department; LUKE A. EDNEY, individually and in his capacity as an officer of the CITY OF LOS ANGELES Police Department; ROM KENMORE LLC; and DOES 1 to 10,<br><br>          Defendants. | **CASE NO. 2:24-cv-04701-RGK-SSC**<br>Honorable R. Gary Klausner,<br>Crtrm. 850 – Roybal<br>Magistrate Judge Stephanie S. Christensen,<br>Crtrm. 790 - Roybal<br><br>**[PROPOSED] JUDGMENT RE DEFENDANTS CITY OF LOS ANGELES, MICHAEL C. TARANGO, AND LUKE A. EDNEY'S MOTION FOR SUMMARY JUDGMENT** |

///

     Pursuant to the Court's Order (Dkt. No. 82) Granting Defendants CITY OF LOS ANGELES, MICHAEL C. TARANGO AND LUKE A. EDNEY's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

    1.    **JUDGMENT** is hereby entered in favor of Defendants CITY OF LOS ANGELES, MICHAEL C. TARANGO AND LUKE A. EDNEY as to the Plaintiff's § 1983 claims.

DATED: 4/10/2025

                                       HONORABLE R. GARY KLAUSNER
                                        United States District Court Judge